# Third District Court of Appeal

## State of Florida

Opinion filed March 31, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-0588
Lower Tribunal No. 18-40477
_____

**Tommy Sarikhani,**
Appellant,

vs.

**Tesla, Inc.,**
Appellee.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Valerie R. Manno Schurr, Judge.

Law Offices of Theodore F. Greene III, LC and Theodore F. Greene, III, (Orlando), for appellant.

Bowman and Brooke, LLP and Donald A. Blackwell and Justin Niznik (Lake Mary) and Stephanie M. Simm, for appellee.

Before SCALES, MILLER and LOBREE, JJ.

PER CURIAM.

Affirmed.